THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Robert L. Bowens, Jr., Appellant,
v.
State of South Carolina,
Respondent.
 
 
 

Appeal From Pickens County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No.  2005-UP-467
Submitted July 1, 2005  Filed July 26, 2005

APPEAL DISMISSED

 
 
 
James C. Alexander, of Pickens, for Appellant.
Attorney General Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Attorney General Christopher Newton, Office of the Attorney General, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Robert Bowens appeals the dismissal by the circuit court of his Petition for Writ of Habeas Corpus.  None of the issues raised impact the subject matter jurisdiction of the circuit court, and therefore, may not be raised at any time.  See State v. Gentry, 363 S.C. 93, 610 S.E.2d 494 (2005).  The issues raised in his petition are not properly raised by a writ of habeas corpus in circuit court.  Simpson v. State, 329 S.C. 43, 46, 495 S.E.2d 429, 431 (1998).  After a thorough review of the record, counsels Affidavit, and Bowens Pro Se Brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Bowens appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.